FILED

JOHN P. HEHMAN
CLERK

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

12 DEC 31 PM 1: 37

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:12mj450 |
| JOSHUA J. CARNIERO | ) | |
| | ) | Charging District: Western District of Kentucky |
| _____ | ) | Charging District's Case No. CVB 29574771 KW11 |
| *Defendant* | ) | |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: 5858 TENNESSEE AVE. AUXILIARY COURTHOUSE FT. CAMPBELL, KY | Courtroom No.: |
|---|---|
| | Date and Time: JAN. 10, 2013 @ 8:00 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 12/31/2012

_____
*Judge's signature*

KAREN L. LITKOVITZ
*Printed name and title*
U.S. MAGISTRATE JUDGE